United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| DELFORD BERNARD MATHEWS | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-305 |
| | § | |
| SUSANA AMANDA ROMO | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Delford Bernard Mathews' action pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 10 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Plaintiff's Civil Rights Complaint under 42 U.S.C. § 1983 should be **DISMISSED**.

The Clerk shall send a copy of this Order to the Movant and counsel for Respondent.

SO ORDERED February 7, 2022, at McAllen, Texas.

Randy Crane
United States District Judge